■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUBEN JEROME BOYD, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to appeal on handwritten papers denied on the ground that the papers failed to show merit to the appeal.

■ R. C. A. VICTOR DISTRIBUTING CORP., Respondent, v. HENRY SEILER, Doing Business as SEILER FURNITURE Co., Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPHINE DE MARTINIS, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, ex rel. JOSEPH ZENDANO, Appellant, against ARTHUR D. BRITT, as Sheriff of Erie County, Respondent.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK LIMOLI, Appellant.— Motion granted to vacate order of dismissal, to appeal on typewritten papers and Louis Cristo, Esq., assigned as attorney to conduct appeal. [See 286 App. Div. 1147.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT SPRY, Appellant.—Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURIS HOLSHOUSER, JR., Appellant.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.